

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ FEB 02 2012 ★

BROOKLYN OFFICE

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

F# 2012R00113

225 Cadman Plaza East
Brooklyn, New York 11201

January 31, 2012

Mr. Philip Harold Tarbell

                Re: U.S. vs. Philip Harold Tarbell
                <u>Criminal Docket No. CR-12-084</u>

Dear Mr. Tarbell:

Please take notice that the above case will be called in the United States District Court, 225 Cadman Plaza East, Brooklyn, New York on Thursday, the 9th day of February, 2012 at **11:00 A.M.**, A. Simon Chrein Arraignment Courtroom 2-A South Wing 2nd floor at this time you will be required to plead to an Indictment heretofore filed for alleged violation of the United States Code.

If you have not been previously interviewed by a Pretrial Services Officer, you should report to the United States Pretrial Services Agency which is located on the South Wing Room 200, 2nd Floor in the Courthouse at least one hour before the case is to be called so that a pretrial services report can be completed.

If you fail to attend, a warrant will be sought for your arrest.

                              Very truly yours,

                              LORETTA E. LYNCH
                              UNITED STATES ATTORNEY

                    By: Grand Jury Coordinator (R. Greene)

CC: Hon. Dora L. Irizarry (Mag. Go will accept the plea.)

    Toni Mele
    Assistant U.S. Attorney

    Michael Rhodes Devey, Esq.

    Pretrial Services Officer