DOCKET RETURN.

MICHAEL RHODES-DEVEY
ATTORNEY AT LAW

518-452-1800
450 NEW KARNER ROAD
P.O. BOX 15072
ALBANY, NEW YORK 12212-5072
FAX 518-452-6435
E-MAIL: DeveyLaw@aol.com

Received in Chambers of
U.S. District Judge
DORA L. IRIZARRY
JAN 31 2013

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
FEB 01 2013
BROOKLYN OFFICE

December 5, 2012

Hon. Dora L. Irizarry
United States District Court Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Tarbell
Case # 12-cr-084-01 (DLI)

Dear Judge Irizarry:

I represent defendant Philip H. Tarbell with regard to the above matter before your Court. Defendant was sentenced on December 19, 2012 and is still resident at MDC Brooklyn. As Mr. Tarbell's family, for the most part, reside in Upstate New York, I would request that the Court recommend his transfer to FCI Otisville.

Thank you for your attention in this matter

Very truly yours,

Michael Rhodes-Devey

cc: Hon. Loretta E. Lynch, U.S. Attorney

*The request is granted. The Court recommends the defendant be housed in FCI Otisville.*

SO ORDERED.
DATED: Brooklyn, NY
1/31/13
s/DLI

Dora L. Irizarry
U.S. District Judge